AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

ORIGINAL RECEIVED
MAY 2 5 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

RECEIVED
JUN 1 5 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

V.

SOPHIA E. PRESTON

SUMMONS IN A CRIMINAL CASE

Case Number: 3:06-CR-00047-JDR

Y            NED to appear before the United States District Court at the place, date and time set forth below.  Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska  99513 | 6 |
| Before: Magistrate Judge John D. Roberts | Date and Time<br>6/21/2006 at 9:30 a.m. |

To answer a(n)
[] Indictment   [XX] Information   [] Complaint   [] Violation Notice   [] Probation Violation Petition

Charging you with a violation of:

Brief description of offense:
18:13(a); 18:7(3); AS 11.46.220 - CONCEALMENT OF MERCHANDISE - Count 1


Ida Romack, Clerk of Court
Signature of Issuing Officer

May 17, 2006, at Anchorage, AK
Date and Location

b                                   eputy Clerk
N   redacted signature       ing Officer

NOTICE: If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel.  In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]   Date   6-12-06

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 06/14/06
Date

Randy M Johnson
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

6/12/06 - End - @ 14:00 no one home. TMJ

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.