MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs    SOPHIA E. PRESTON    CASE NO.    3:06-CR-00047-JDR
Defendant: X Not Present    X On Summons

BEFORE THE HONORABLE          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON

UNITED STATES ATTORNEY:       CAPTAIN PETER KEZAR

U.S.P.O.:                     PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON MISDEMEANOR INFORMATION
             Held 06/21/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:37 a.m. court convened.

Court and counsel heard re defendant's non-appearance, service of summons and plaintiff's oral motion to re-issue the summons and reschedule the arraignment date; **GRANTED**.

Court directed that a new Summons be re-issued and served on the defendant and a new arraignment date to be scheduled when defendant served.

At 9:40 a.m. court adjourned.

DATE:       June 21, 2006           DEPUTY CLERK'S INITIALS:   ce