Capt Peter S. Kezar
SPECIAL ASSISTANT UNITED STATES ATTORNEY
3 WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, Alaska 99506
(907) 552-3048

Attorney for United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cr-47 |
| ) | |
| Plaintiff, ) | **EX PARTE MOTION TO RE-** |
| ) | **ISSUE SUMMONS AND SET** |
| vs. ) | **ARRAIGNMENT DATE** |
| ) | |
| SOPHIA E. PRESTON, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**EX PARTE MOTION TO RE-ISSUE SUMMONS
AND SET ARRAIGNMENT DATE**

THE UNITED STATES ATTORNEY RESPECTFULLY REQUESTS

THIS HONORABLE COURT to order the United States Marshall's office to re-

issue the Summons to the defendant in the above captioned case and to set a new

arraignment date. Despite the court's order granting the government's oral motion

to re-issue the summons and re-schedule the arraignment date on June 21, 2006, the summons has not yet been re-issued and the arraignment has not yet been re-scheduled. As of July 28, 2006, the U.S. Marshall's Office was unable to locate any record of this court order.

At the initial arraignment on June 21, 2006, the defendant was not present, and the Government's paperwork from the U.S. Marshall's Office could not definitely prove that the defendant was served the summons. Therefore, the Government asked that the summons be re-issued and that the arraignment be re-scheduled and the motion was granted.

The Government previously mailed the defendant, via 1st Class US mail, a copy of the Information on May 12, 2006.

The Government is amenable to any date and time suitable to the Court for the re-scheduled arraignment.

DATED this 2nd day of August, 2006, in Anchorage, Alaska.

Peter S. Kezar, Capt, USAF
Special United States Assistant Attorney

2