UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>   vs.<br><br>SOPHIA E. PRESTON,<br><br>            Defendant. | 3-06-cr-00047-JDR<br><br>**ORDER**<br>**GRANTING**<br>**MOTION TO DISMISS**<br><br>(Docket No. 8) |

The government moves pursuant to Federal Criminal Rule 48(a) to dismiss the above entitled case as the State of Alaska has retained jurisdiction. Accordingly, the motion to dismiss, with prejudice, filed at Docket No. 8 is GRANTED.

DATED this 7th day of March, 2007, at Anchorage, Alaska.

              /s/ John D. Roberts
              JOHN D. ROBERTS
              United States Magistrate Judge