**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

```
UNITED STATES OF AMERICA,      )
                               )
        Plaintiff,             )
                               )   Case No. 3:06-cr-00047-JDR
v.                             )
                               )
SOPHIA E. PRESTON,             )
                               )
        Defendant.             )
_____)
```

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(k)(1)

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

     _X_  The court has granted the motion of the government for dismissal withwith/without prejudice;
     ___  The court has granted the motion of the defendant for a Judgment of Acquittal;
     ___  A jury has been waived, and the court has found the defendant NOT GUILTY;
     ___  The jury has returned its verdict, finding the defendant NOT GUILTY;
     ___  (Other reason, or reasons, if any);

of the offense(s) of 18:13(a); 18.7(3); AS 11.46.220 Concealment of Merchandise as charged in count 1 of the Information.

     **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

     **DATED** at Anchorage, Alaska, this 7th day of March, 2007.

                                         /s/ John D. Roberts
                                         JOHN D. ROBERTS
                                         United States Magistrate Judge